1  Douglas J. Campion (State Bar No. 75381)
2  Doug@DJCampion.com
   **LAW OFFICES OF DOUGLAS J. CAMPION, APC**
3  409 Camino Del Rio South, Suite 303
4  San Diego, CA  92108
   Telephone: (619) 299-2091
5  Facsimile:  (619) 858-0034

6
   Attorneys for Plaintiff Cecilia Lahr
7  (Other attorneys on signature page)

8

9                      **UNITED STATES DISTRICT COURT**
10
                       **SOUTHERN DISTRICT OF CALIFORNIA**
11

12 | **CECILIA LAHR, on behalf of herself** | |
13 | **and all others similarly situated,** | **CASE NO.  12-cv-2788-CAB** |
   |                                        | **(BGS)** |
14 | **Plaintiff,**                         | |
15 |                                        | **CLASS ACTION** |
   | vs.                                    | |
16 |                                        | **NOTICE OF SETTLEMENT** |
17 | **PREMIERE CREDIT OF NORTH**           | |
   | **AMERICA, L.L.C., an Indiana**        | |
18 | **Limited Liability Company,**         | |
19 |                                        | |
   | **Defendant.**                         | |
20

---

**Notice of Settlement**                                   **Case No. 12-cv-2788 CAB (BGS)**

1

1 | Plaintiff Cecilia Lahr ("Plaintiff"), by and through her undersigned counsel, hereby advises the Court that the parties have reached a settlement of the Plaintiff's individual claims. A dismissal will be filed upon execution of the Settlement Agreement by all parties and payment of any settlement consideration.

Date: November 26, 2013         **Law Offices of Douglas J. Campion, APC**

/s/  Douglas J. Campion

409 Camino Del Rio South, Suite 303
San Diego, CA  92108
Telephone: (619) 299-2091
Facsimile:  (619) 858-0034


Daniel G. Shay (State Bar No. 250548)
DanielShay@SanDiegoBankruptcyNow.com
**LAW OFFICES OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

Steven E. Kaftal (State Bar No. 248381)
Steve@Kaftal.com
**LAW OFFICES OF STEVEN E. KAFTAL**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 786-7838
Facsimile:  (866) 431-3292

Attorneys for Plaintiff Cecelia Lahr

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2013 I electronically filed the attached document entitled:

1. Notice of Settlement

| | |
|---|---|
| Dated:  November 26, 2013 | LAW OFFICES OF DOUGLAS J. CAMPION, APC |
| | |
| | /s/   Douglas J. Campion |
| | DOUGLAS J. CAMPION |