# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WHEELER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, L.L.C., an Indiana Limited Liability Company,<br><br>Defendants. | CASE NO. 12-cv-2788-CAB (BGS)<br>CASE NO. 12-cv-2948-CAB (BGS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

This matter comes before the court on the joint motion to dismiss of plaintiff Robert Wheeler and defendant Premiere Credit of North America, L.L.C., filed in Case No. 12-cv-2948 at docket entry number 36. The joint motion is **GRANTED**. Plaintiff Wheeler's individual claims are dismissed with prejudice, and the putative class claims are dismissed without prejudice. Where no claims remain pending in Case Nos. 12-cv-2788-CAB (BGS) and 12-cv-2948-CAB (BGS), the Clerk of Court is directed to close both cases.

**IT IS SO ORDERED.**

DATED: January 22, 2014

_____
**CATHY ANN BENCIVENGO**
United States District Judge